NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**LA MOLISANA S.P.A.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, RIVIANA FOODS, INC., FKA NEW WORLD PASTA COMPANY, DAKOTA GROWERS PASTA COMPANY,**
*Defendants-Appellees*

———————————

2018-2261

———————————

Appeal from the United States Court of International Trade in No. 1:16-cv-00047-RKM, Senior Judge R. Kenton Musgrave.

———————————

**JUDGMENT**

———————————

DAVID J. CRAVEN, Craven Trade Law LLC, Chicago, IL, argued for plaintiff-appellant.

ELIZABETH ANNE SPECK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by JOSEPH H. HUNT, REGINALD THOMAS BLADES, JR., JEANNE DAVIDSON.

DAVID C. SMITH, JR., Kelley Drye & Warren, LLP, Washington, DC, argued for defendants-appellees Riviana Foods, Inc., Dakota Growers Pasta Company. Also represented by MELISSA M. BREWER, PAUL C. ROSENTHAL.

―――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* DYK and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 12, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |